NOTE:  This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

February 22, 2022

**ERRATA**

---

Appeal Nos. 2020-2222, 2021-1527

**CALIFORNIA INSTITUTE OF TECHNOLOGY,**
*Plaintiff-Appellee*

**v.**

**BROADCOM LIMITED, NKA BROADCOM INC., BROADCOM CORPORATION, AVAGO TECHNOLOGIES LIMITED, NKA AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED, APPLE INC.,**
*Defendants-Appellants*

---

Decided:  February 4, 2022
Precedential Opinion

---

Please make the following changes:

Page 23, lines 28-29 (majority opinion): "all claims and grounds not in the IPR but which reasonably could have been included" is changed to "all grounds not stated in the

petition but which reasonably could have been asserted against the claims included."

Page 24, line 1 (majority opinion): "grounds asserted" is changed to "challenged claims."